UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-204 and 22-2647

**Caption [use short title]**

**Motion for:** Strike notices of appeal and appendices

Set forth below precise, complete statement of relief sought:

Strike Appellant's notices of appeal and appendices as: (1) the notices of appeal are from orders rather than judgments; (2) the appendices fail to contain any of the evidentiary material discussed in the briefs; and (3) the briefs contain factual arguments without proper citation to the record

KILLORAN V. WESTHAMPTON BEACH SCHOOL

**MOVING PARTY:** Westhampton Beach UFSD  **OPPOSING PARTY:** Christian Killoran

☐ Plaintiff ☐ Defendant
☐ Appellant/Petitioner ☑ Appellee/Respondent

**MOVING ATTORNEY:** Scott Kreppein  **OPPOSING ATTORNEY:** Christian Killoran

[name of attorney, with firm, address, phone number and e-mail]

Devitt Spellman Barrett, LLP
50 Route 111, Ste 314
Smithtown, NY 11787

132-13 Main Street, Ste 13
Westhampton Beach, NY 11978

**Court- Judge/ Agency appealed from:** EDNY (Seybert, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☑ Yes ☐ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Scott Kreppein  **Date:** 7/5/2022  **Service by:** ☑ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)